UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CHEM CARRIERS TOWING, LLC AND CHEM CARRIERS MILE 207 FLEETING OPERATIONS, LLC | CIVIL ACTION NO.<br><br>SECTION:<br><br>JUDGE:<br><br>MAG. JUDGE: |
| VERSUS | |
| ALLEN COOK AND INTERNATIONAL DEMOLITION AND EXTRACTION OF AMERICA, L.L.C., *IN PERSONAM,* AND *IN REM* THE CHOTIN 1546, HULL NO. 287986 AND THE STEEL BARGE, HULL NO. 257993 | |

## **COMPLAINT**

NOW INTO COURT, through undersigned counsel, comes Chem Carriers Towing, LLC and Chem Carriers Mile 207 Fleeting Operations, LLC in a cause for damages, civil and maritime, and breach of contract, both express and implied, and for recognition of its lien under the laws of the United States including 46 U.S.C. §31341, *et seq.* and under LSA-R.S. 9:2781 against Allen Cook and International Demolition and Extraction of America, L.L.C., *in personam*, and the CHOTIN 1546, Hull No. 287986 and the STEEL BARGE, Hull No. 257993, their engines, tackle, apparel, etc., *in rem*, and respectfully avers as follows:

I.

This is an admiralty and maritime claim within the jurisdiction of the United States and this Honorable Court within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and pursuant to Rule C of the Supplemental Rules for Admiralty.

II.

Plaintiffs, Chem Carriers Towing, LLC and Chem Carriers Mile 207 Fleeting Operations, LLC , are corporations organized and existing pursuant to the laws of the State of Louisiana and are within the jurisdiction of this Honorable Court.

III.

Defendant, Allen Cook, upon information and belief is a person of the full age of majority who resides in Ascension Parish, Louisiana and is doing business within this district and subject to the jurisdiction of this Honorable Court.

IV.

Defendant, International Demolition and Extraction of America, L.L.C., upon information and belief is a Louisiana corporation with its principal place of business in Ascension Parish, Louisiana and is doing business within this district and subject to the jurisdiction of this Honorable Court.

V.

Defendant vessel, the CHOTIN 1546, of the United States registry, Official Hull Number  287986, an inland deck barge, which is now during the pendency of this action within the jurisdiction of this Honorable Court.  The home port of this vessel is believed to be in Ascension Parish, Louisiana.

VI.

Defendant vessel, the STEEL BARGE, of the United States registry, Official Hull Number 257993, an inland deck barge, which is now during the pendency of this action within the jurisdiction of this Honorable Court.  The home port of this vessel is believed to be in Ascension Parish, Louisiana.

VII.

Plaintiffs provided certain necessaries, fleeting services and towing services to the CHOTIN 1546, Hull No. 287986 and the STEEL BARGE, Hull No. 257993 pursuant to a contract with Allen Cook and International Demolition and Extraction of America, L.L.C..

VIII.

The aforesaid contract called for the payment of certain amounts for providing the aforesaid necessaries on open account in accordance with LSA-R.S. 9:2781.

IX.

Despite written demand made on or about January 29, 2016, Allen Cook and International Demolition and Extraction of America, L.L.C. have failed to make the payments of approximately $70,271.25 due under the aforementioned contract and open account. Specifically, to date the necessities, fleeting services and towing services total $38,478.75 for the CHOTIN 1546 and $31,692.50 for the STEEL BARGE.

X.

Pursuant to its obligations under the aforesaid contract covering the CHOTIN 1546, Hull No. 287986 and the STEEL BARGE, Hull No. 257993, Allen Cook and International Demolition and Extraction of America, L.L.C. are liable to plaintiffs in the full amount of $70,271.25 plus interest on its outstanding indebtedness, costs and attorneys' fees, and for additional costs and expenses that continue to accrue.

XI.

Allen Cook and International Demolition and Extraction of America, L.L.C. are liable to plaintiffs for the aforesaid sums and are further liable to plaintiffs for any deficiency of their indebtedness to plaintiffs following the sale of the CHOTIN 1546, Hull No. 287986 and the STEEL BARGE, Hull No. 257993, their engines, tackle, apparel, etc.

XII.

Pursuant to the provisions of the Federal Maritime Lien Act, 46 U.S.C. §31341 *et seq.*, plaintiffs are entitled to have this Court recognize their lien against the CHOTIN 1546, Hull No. 287986, and additionally, for judgment against the vessel in the full amount of $38,478.75, plus interest, costs and attorneys' fees.

XIII.

Pursuant to the provisions of the Federal Maritime Lien Act, 46 U.S.C. §31341 *et seq.*, plaintiffs are entitled to have this Court recognize their lien against the STEEL BARGE, Hull No. 257993 , and additionally, for judgment against the vessel in the full amount of $31,692.50, plus interest, costs and attorneys' fees.

XIV.

As a result of defendants' refusal to pay to plaintiffs the sums owed as aforementioned, plaintiffs are entitled to judgment against defendants in the amount of $70,271.25, plus attorneys' fees, interest and costs; and plaintiffs are further entitled to judgment recognizing their liens in the amount of $38,478.75 upon the CHOTIN 1546, Hull No. 287986 and $31,692.50 upon the STEEL BARGE, Hull No. 257993, their engines, tackle, apparel, etc., plus attorney's fees, interest and costs and to have the vessels seized and sold by  the United States Marshal or any other person authorized by the Court, to

satisfy these claims and said liens, asserted herein by plaintiff in connection with its maritime lien, as aforementioned.  Plaintiffs are further entitled to the first monies received from said seizure and sale following satisfaction of the expenses of the legal administration of the vessels while *in custodia legis*.

**WHEREFORE**, plaintiffs, Chem Carriers Towing, LLC and Chem Carriers Mile 207 Fleeting Operations, LLC, pray that citation be issued and served upon defendant, Allen Cook and International Demolition and Extraction of America, L.L.C. in the form and manner prescribed by law, and that after due proceedings had, Judgment be entered in the sum of $70,271.25 plus interest, costs and attorneys' fees, against Allen Cook and International Demolition and Extraction of America, L.L.C., and that the CHOTIN 1546, Hull No. 287986 and the STEEL BARGE, Hull No. 257993, their engines, tackle, apparel, etc. be seized, condemned, and sold to pay such sums, and for such other general and equitable relief as this Honorable Court deems proper.

                                          Respectfully submitted:

                                          **s/C. William Emory**
                                          C. William Emory (#20179)
                                          Georges M. Legrand (#8282)
                                          Mouledoux, Bland, Legrand & Brackett L.L.C.
                                          701 Poydras Street, Suite 4250
                                          New Orleans, La 70139
                                          Telephone: (504) 595-3000
                                          Attorneys for plaintiffs, Chem Carriers Towing, LLC and Chem Carriers Mile 207 Fleeting Operations, LLC

**PLEASE SERVE:**
Allen Cook
17047 Abita Avenue
Prairieville, LA 70769; **AND**

International Demolition and Extraction of America, L.L.C.
through its agent for service of process:
Allen Cook
17047 Abita Avenue
Prairieville, LA 70769

**UNITED STATES MARSHAL, PLEASE SEIZE:**
CHOTIN 1546, Hull No. 287986 and the STEEL BARGE, Hull No. 257993
1070 River Road
Sunshine, Louisiana 70780